**AFFIDAVIT**

I, Michael Sweetin, a Special Agent with Homeland Security Investigations, having personally participated in an investigation of the conduct of defendant ANDRE'S GARCIA, and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint:

a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

d. In order to register to vote in the State of Missouri, an applicant was required to certify and attest that they met certain eligibility requirements, including the requirement that he/she was a United States Citizen at the time that he/she registered to vote.

e. Upon successfully registering to vote in Missouri, an applicant was authorized to vote in Missouri state and local elections, as well as in federal elections.

f. GARCIA was a Lawful Permanent Resident living in Cass County, Missouri, having entered the United States as a Cuban refugee in or around August of 2006, after emigrating prior to this date as a child from his country of birth, Cuba.

2. In or around November 2004, GARCIA registered to vote in Missouri. In doing so, Garcia certified that he was a United States citizen.

3. Based on the information that GARCIA provided in his application, including his false statement that he was a United States citizen, GARCIA's application to register to vote was accepted, and he was successfully registered to vote in the State of Missouri.

4. In or around May 2013, GARCIA again registered to vote in Missouri and again certified that he was a United States citizen.

5. GARCIA's voter profile in Cass County, Missouri is as follows:

Registration date: 11/06/2004
Status: Active
Last voted date: 11/05/2024

Voting History:

| | |
|---|---|
| 11/05/2024 | General |
| 08/06/2024 | August Primary Election |
| 11/08/2022 | General Election |
| 08/02/2022 | August Primary |
| 04/02/2019 | Municipal General Election |
| 11/06/2018 | General Election |
| 08/07/2018 | 2018 Primary |
| 04/03/2018 | Municipal General |
| 11/08/2016 | General Election |

| | |
|---|---|
| 03/15/2016 | Presidential Primary Election |
| 11/04/2014 | GENERAL |
| 08/05/2014 | Primary |
| 11/06/2012 | General |
| 11/02/2010 | General Election |
| 11/07/2006 | General Election |

6. The Cass County Clerk's Office confirmed that the elections titled "General" were held at least in part for the purpose of electing a candidate for Member of the House of Representatives.

7. GARCIA originally entered the United States as a Cuban refugee. On February 22, 2009, GARCIA applied for lawful permanent residency which was approved. His current immigration status is a lawful permanent resident (LPR), his current LPR card is valid through June 23, 2027.

8. On August 9, 2026, Special Agent Sweetin and Special Agent Elyse Faulkner conducted a consensual interview of GARCIA at his workplace.

a. GARCIA stated that he is a legal permanent resident (LPR), not a citizen.

b. GARCIA confirmed the historical address information in his voter profile at the Cass County, Missouri Clerk's Office was correct.

c. GARCIA was asked if he had ever claimed to be a citizen of the United States. He answered that he didn't think he had ever claimed to be a citizen but said he votes in local elections.

d. GARCIA was asked if he registered to vote in the State of Missouri. GARCIA stated that yes, he registered to vote and does vote in local elections. He said that his understanding was that he could vote locally and said that he knows he can't vote in Presidential elections. He said that as far as he was concerned, he had never voted in a federal election.

e. Special Agent Sweetin showed GARCIA a copy of his Missouri Voter Registration Application form dated 11/06/04. GARCIA was asked if he registered to vote himself, or if someone else completed it for him. GARCIA said it looked like his handwriting and signature but couldn't remember because of how much time had passed. Special Agent

Sweetin showed GARCIA a copy of his Missouri Voter Registration Application form dated 05/22/13. GARCIA said that it appeared to be his signature on the form.

f. Special Agent Sweetin showed GARCIA the Missouri Voter Registration Application form dated 11/06/04, and the Missouri Voter Registration Application dated 05/22/13. Special Agent Sweetin pointed to the top of the forms where it said, " Are you a citizen of the United States" and the box next to the question was marked "Yes" on both forms. Special Agent Sweetin asked if he recalled marking the yes box for that question. GARCIA said, "It says that I did, I don't recall about that."

FURTHER, YOUR AFFIANT SAYETH NAUGHT,

MICHAEL SWEETIN
Special Agent
HSI

Sworn to before me and subscribed by telephone this 2nd day of ~~September~~ October 2026.

At 4:51 pm, signature confirmed

October 2, 2026 at Kansas City, Missouri
Date City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer